UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| PAMELA NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17 CV 194 SNLJ |
| | ) | |
| MASSEY ENTERPRISES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

Plaintiff Pamela Norman filed this employment discrimination lawsuit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* Plaintiff was employed by defendant Massey Enterprises. Defendant Dustin Massey moved for dismissal (#30) of plaintiff's Title VII claim against him because he is not an employer within the meaning of Title VII. Plaintiff's complaint alleges that defendant Massey is an employee of her employer. Other employees are not employers under Title VII and thus "may not be held liable under Title VII." *Roark v. City of Hazen, Ark.*, 189 F.3d 758, 761 (8th Cir. 1999); *Spencer v. Ripley County State Bank*, 123 F.3d 690, 691 (8th Cir. 1997) ("individual employees are not personally liable under Title VII").

Plaintiff has not responded in opposition to defendant's motion. Because defendant Massey was not plaintiff's employer, the Title VII claim against him will be dismissed.

Accordingly,

IT IS HEREBY ORDERED that defendant Dustin Massey's motion to dismiss (#30) is GRANTED.

Dated this  22nd  day of August, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE